**Opinion issued January 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00961-CV

———————————

**CHARLIE WILLIE JONES, JR., Appellant**

**V.**

**CHRISTOHPER R. FUNK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1064842**

---

## MEMORANDUM OPINION

Appellant, Charlie Willie Jones, Jr., proceeding *pro se*, timely filed a notice

of appeal on November 17, 2015, from the order denying writ of re-entry, signed by

the trial court on November 17, 2015. *See* TEX. R. APP. P. 26.1. However, appellant

has neither paid the required filing fee nor established indigence for purposes of

appellate costs.  *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), § 101.0411 (West Supp. 2015); Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

After being notified by the Clerk of this Court on December 14, 2015, that this appeal was subject to dismissal for failure to pay the filing fee, appellant filed a "Request to Dismiss Appeal" on December 16, 2015, because "this is not a final order." TEX. R. APP. P. 5, 42.1(a)(1), 42.3. We construe this request as a motion to dismiss on the ground that the order appealed from was not a final order. Also, though there is no certificate of conference with the motion, this motion has been on file with the Court for more than 10 days and no party has responded to the motion. *See id.* 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

Accordingly, we **grant** the motion and **dismiss** the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.

2